MURRELL v. McGUIGAN, Appellant.

Division Two, February 21, 1899.

Appellate Practice: FAILURE TO FILE COMPLETE ABSTRACT: DISMISSAL. Rules 11, 12 and 13 of the Supreme Court require that an appellant shall file a printed abstract of the pleadings and record, with a complete index at the end. And for appellant's failure to comply with those rules in this case, his appeal is dismissed.

*Transferred from St. Louis Court of Appeals.*

APPEAL DISMISSED.

WM. P. MACKLIN for appellant.

JOHN A. TALTY and E. L. KING for respondent.

(1) If the appellant wishes to have his supposed grievances passed upon and adjudicated by this court, it is his duty to have all the necessary papers and facts before the court as provided by the statutes, the rules of court and the law, and for neglect or failure to do so, he must suffer the penalty of having the judgment against him affirmed or his appeal dismissed. Disse v. Frank, 52 Mo. 551;

Bobb v. Wolff.

Snyder v. Free, 102 Mo. 325; Thompson v. Allen, 107 Mo. 479; Cunningham v. Railroad, 110 Mo. 208; Garrett v. Coal and Mining Co., 111 Mo. 279; Brand v. Cannon,118 Mo.595; Jungeman v. Brewing Co., 38 Mo. App. 458.

BURGESS, J.—This is an election contest for a seat in the house of delegates, held in the nineteenth ward of the city of St. Louis, on the second day of April, 1895.

Plaintiff had judgment in the trial court, whereupon defendant appealed to the St. Louis Court of Appeals, by which the cause was certified to this court because of its want of jurisdiction, a constitutional question being involved.

The appellant has failed to comply with rules 11, 12 and 13 of this court, requiring the filing of a printed abstract of the pleadings and record, with "a complete index at the end," and we therefore dismiss the appeal. [Cunningham v. Railroad, 110 Mo. 208; Garrett v. Kansas City Coal Mining Co., 111 Mo. 279; Brand v. Cannon, 118 Mo. 595; Snyder v. Free, 102 Mo. 325; Long v. Long, 96 Mo. 180; Craig v. Scudder, 98 Mo. 664.]

GANTT, P. J., and SHERWOOD, J., concur.